UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ASPLUNDH TREE EXPERT, LLC                                              PLAINTIFF

v.                      CASE NO. 2:18-cv-02202-PKH

UTAH SHERMAN VILLINES;
JUSTIN JAMES VILLINES;
JASON BO VILLINES;
SHERMAN VILLINES; and
LESTER D. DAVIDSON                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, Plaintiff Asplundh Tree Expert, LLC's claims against Defendant Lester D. Davidson are DISMISSED WITHOUT PREJUDICE, and IT IS HEREBY ADJUDGED that Plaintiff Asplundh Tree Expert, LLC shall have and recover from Defendants Utah Sherman Villines, Justin James Villines, Jason Bo Villines, and Sherman Villines, jointly and severally on all claims asserted in this case, damages in the amount of $685,000.00. Each party will bear its own costs, expenses, and attorneys' fees.

Interest on this judgment will accrue at the rate of 2.55% per annum from the date of entry of this judgment until paid.

IT IS SO ADJUDGED this 27th day of February, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE